

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2022

No. 04-22-00163-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

**ORDER**

On March 18, 2022, relator filed a petition for writ of mandamus. Respondent filed a response to which relator replied.

We conditionally grant the petition for writ of mandamus and order the Honorable Mary Lou Alvarez to, within fifteen days of this order, (1) vacate decretal paragraph 2.3 of the March 22, 2022 Benchmark Hearing After Final Order and (2) file a copy of the written order in this court. *See* TEX. R. APP. P. 52.8(c). The writ will issue only in the event we are informed Judge Alvarez has failed to comply with this order.

It is so **ORDERED** on July 20, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-PA-01945, styled *In the Interest of J.D.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.